**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Dr. Bruce N. Garrett, M.D. and<br>Dr. Sandra S. Garrett,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>Medifacts International, Inc., a Delaware<br>Corporation, Michael Woehler, Herbert H. Hooper,<br>Eugene D. Hill, III, Samuel Barnett, Ampersand<br>2001 Limited Partnership, and International Life<br>Sciences Fund III (LP1)L.P.,<br><br>　　　　Defendants. | ）<br>）<br>）<br>）<br>）<br>）　　C.A. No. 07-211 (GMS)<br>）<br>）<br>）<br>）<br>）<br>）<br>） |

**NOTICE OF WITHDRAWAL OF NOTICE OF REMOVAL**

On April 19, 2007, Medifacts International, Inc. ("Medifacts") filed the Notice of Removal of the Chancery Court Action entitled *Dr. Bruce N. Garrett, M.D. and Dr. Sandra S. Garrett v. Medifacts International, Inc., Michael Woehler, Herbert H. Hooper, Eugene D. Hill, III, Samuel Barnett, Ampersand 2001 Limited Partnership, and International Life Sciences Fund III (LP1)L.P., C.A. No. 2673-N,* (the "Removal Notice"). [Docket No. 1].

PLEASE TAKE NOTICE that Medifacts hereby withdraws the Removal Notice.

Dated: February 6, 2008　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

Michael R. Nestor (No. 3526)
Matthew B. Lunn (No. 4119)
Donald J. Bowman, Jr. (No. 4383)
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391
Telephone (302) 571-6600
Facsimile (302) 571-1253

*Counsel to Medifacts International, Inc.*

CERTIFICATE OF SERVICE

I, Donald J. Bowman, Jr. Esquire, hereby certify that on February 6, 2008, I

caused a paper copy of the Notice of Withdrawal of Notice of Removal and this certificate of

service to be delivered via U.S. Mail to:

David J. Teklits
Kevin M. Coen
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Norman L. Pernick
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Drs. Bruce and Sandra Garrett
7722 Laurel Leaf Drive
Potomac, MD 20854

Matthew B. Lunn (No. 4119)